USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**------------------------------------------------------------X**

**SLEEVE MEDIA, LLC,**

**Plaintiff,**

**-against-**

**SMARTIFY MEDIA, INC.,**

**Defendant.**

**------------------------------------------------------------X**

**25-CV-07308 (JAV)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On July 21, 2026, the Court directed the parties to finalize their settlement agreement and file a stipulation of dismissal by no later than Friday, August 7, 2026. See ECF No. 47. To date, the parties have not filed their stipulation of dismissal. By no later than Tuesday, August 18, 2026, the parties are ORDERED to file their dismissal papers or a joint letter explaining why the parties have been unable to finalize the settlement agreement.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 12, 2026
New York, New York